**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**BRIAN P. EGAN**
(302) 351-9454
(302) 498-6216 FAX
began@mnat.com

July 10, 2017

**BY E-FILING**

The Honorable Sherry R. Fallon
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Boston Scientific Corp., et al.,v. Edwards Lifesciences Corp., et al.,*
              C. A. No. 16-275 (SLR) (SRF)

Dear Judge Fallon:

      We represent Edwards Lifesciences Corporation ("Edwards") in the above-captioned case and write regarding Edwards' Motion to Amend Its Answer and Counterclaims filed on May 3, 2017 (D.I. 166; *see also* D.I. 167, 176-177, D.I. 181), which was referred to Your Honor.

      This lawsuit began with a complaint filed by Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "Boston") alleging that Edwards is infringing U.S. Patent No. 8,992,608 ("the '608 Patent"). By its Motion, Edwards now seeks leave to add a new counterclaim and affirmative defenses relating to Boston's failure to name as an inventor on the '608 patent a third party, Dr. Jennifer White. That motion is fully briefed and pending before Your Honor.

      Edwards writes now to provide the Court with information concerning a later-filed separate lawsuit filed by Dr. White on June 6, 2017 in the District of Massachusetts against Boston, *Dr. Jennifer White v. Boston Scientific Corp., et al.*, Case No. 1:17-cv-11039 (RGS) (JGD). In that suit, Dr. White seeks to be added as an inventor to the '608 patent and U.S. Patent Application No. 14/873,462, consistent with Edwards' new counterclaim. Dr. White also seeks to recover damages from Boston. Edwards is not a party to the lawsuit; no party to that suit has sought to transfer it to this Court; and the suit does not concern the validity of the '608 patent, as does the suit before this Court. Nevertheless, in an abundance of caution and so that the Court is fully apprised of facts that the Court may consider relevant, Edwards provides here a copy of the

The Honorable Sherry R. Fallon
July 10, 2017
Page 2

Complaint in that matter. Should the Court require any further information regarding Dr. White's suit, Edwards is available at the Court's convenience to provide either a written or oral submission.

           Respectfully

           */s/ Brian P. Egan*

           Brian P. Egan (#6227)

BPE:ncf
Enclosure
cc: Clerk of Court (*by hand delivery*)
   All Counsel of Record (*by e-mail*)