# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC SCIMED, INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>EDWARDS LIFESCIENCES CORP.,<br><br>    Defendant.<br><br>EDWARDS LIFESCIENCES CORP.,<br>EDWARDS LIFESCIENCES PVT, INC., and<br>EDWARDS LIFESCIENCES LLC,<br><br>    Counterclaim and Third-Party Plaintiffs,<br><br>        v.<br><br>BOSTON SCIENTIFIC CORP., BOSTON SCIENTIFIC SCIMED, INC., and SADRA MEDICAL, INC.,<br><br>    Counterclaim and Third-Party Defendants. | C.A. No. 16-275-JFB-SRF |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

DATED: January 16, 2019

| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Karen L. Pascale* | */s/ Brian P. Egan* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Pilar G. Kraman (#5199) | Brian P. Egan (#6227) |
| Rodney Square | Megan E. Dellinger (#5739) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE 19899 |
| kpascale@ycst.com | (302) 658-9200 |
| pkraman@ycst.com | jblumenfeld@mnat.com |
| | began@mnat.com |
| | mdellinger@mnat.com |
| *Attorneys for Plaintiff and Counterclaim/Third-Party Defendants* | *Attorneys for Defendant and Counterclaim/Third-Party Plaintiffs* |